IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA GARZA,

        Plaintiff,

vs.                                                CIVIL NO. 10-00158 MV/WDS

SAN JUAN COUNTY ABSTRACT
& TITLE COMPANY,

        Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on a Joint Motion to Vacate Settlement Conference filed by Plaintiff and Defendant (the "Parties"), requesting that the settlement conference scheduled in this case for July 15, 2010 at 9:00 a.m. be vacated, in order to allow sufficient time for pending formal discovery to be completed and for the Parties to realistically assess settlement possibilities and value the case for settlement; and the Parties having agreed to engage in informal settlement negotiations in good faith; and the Court being otherwise fully advised in the premises and having concluded that the Joint Motion is well taken and should be granted,

IT IS HEREBY ORDERED that the July 15, 2010 settlement conference in this case is vacated.

_____
THE HONORABLE W. DANIEL SCHNEIDER
United States Magistrate Judge

Submitted and Approved as to Form by:

RELMAN, DANE & COLFAX PLLC
*Attorneys for Plaintiff*

       /s/ Reed N. Colfax
       Approved by email on 7/7/10
By:_____
      Reed N. Colfax, NM Bar # 98-31
      Katherine A. Gillespie
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888


SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendant*

       /s/ Kim A. Griffith
By: _____
      Kim A. Griffith
      Barbara G. Stephenson
P.O. Box 271
Albuquerque, NM  87103
(505) 247-0411


E:\DATA\TXTLIB\10212\pleadings\FINALS\Proposed Order Vacating Settlement Conference.rtf