IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA GARZA,

Plaintiff,

vs.                                                                 No. 10-CV-00158 MV-WDS

SAN JUAN COUNTY ABSTRACT
& TITLE COMPANY,

Defendant.

**ORDER EXTENDING DISCOVERY DEADLINES**

**THIS MATTER** is before the Court on a Joint Motion to Extend Discovery Deadlines filed by Plaintiff and Defendant (the "Parties"), requesting that the close of discovery scheduled in this case for September 10, 2010 be extended by thirty days, and that the deadline for filing discovery related motions, including the filing by Plaintiff of any motion to compel in response to Defendant's Answers to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's First Set of Requests for Production of Documents, be extended by thirty days, in order to allow sufficient time for pending formal discovery to be completed and for the Parties to engage in informal settlement negotiations; and the Parties having agreed to engage in informal settlement negotiations in good faith; and the Court being otherwise fully advised in the premises and having concluded that there is good cause for the Joint Motion and that it should be granted,

IT IS HEREBY ORDERED that the Court's May 13, 2010 Scheduling Order is modified as follows: the termination date for discovery is October 11, 2010, and motions relating to discovery should be filed with the Court and served on opposing parties by October 21, 2010.

IT IS FURTHER ORDERED that the Plaintiff shall have until September 2, 2010 to file any

motion to compel relating to Defendant's Answers to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's First Set of Requests for Production of Documents.

_____
THE HONORABLE W. DANIEL SCHNEIDER
United States Magistrate Judge

Submitted and Approved as to Form by:

RELMAN, DANE & COLFAX PLLC
*Attorneys for Plaintiff*


      /s/  Reed N. Colfax
By:_____
      Reed N. Colfax, NM Bar # 98-31
      Katherine A. Gillespie
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888


SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendant*


      /s/ Kim A. Griffith
      Approved by email on 7/21/10
By:_____
      Kim A. Griffith
      Barbara G. Stephenson
P.O. Box 271
Albuquerque, NM  87103
(505) 247-0411