# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JESSICA GARZA,

      Plaintiff,

  v.

SAN JUAN COUNTY ABSTRACT
& TITLE COMPANY,

      Defendant.

Case No. 6:10-cv-00158-MV/WDS

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on a Joint Motion to Extend Discovery Deadlines filed by Plaintiff and Defendant (the "Parties"). The Court being fully advised in the premises and having concluded that there is good cause for the Joint Motion and that it should be GRANTED,

IT IS HEREBY ORDERED that the Court's May 13, 2010 Scheduling Order (Doc. 16), as modified by the Court's July 29, 2010 Order Extending Discovery Deadlines (Doc. 30), is further modified as follows:

Plaintiff shall file any motion to compel relating to Defendant's Answers to Plaintiff's First Interrogatories and Responses to Plaintiff's First Request for Production of Documents on or before October 18, 2010;

Defendant shall file any motion to compel relating to Plaintiff's Responses to Defendant's First Request for Production of Documents and Defendant's Interrogatories served on or before October 21, 2010;

The termination date for discovery shall be November 29, 2010; and

All motions relating to discovery shall be filed on or before December 6, 2010.

_____
THE HONORABLE W. DANIEL SCHNEIDER
United States Magistrate Judge

Submitted and Approved as to Form by:

RELMAN, DANE & COLFAX PLLC
*Attorneys for Plaintiff*

By: /s/ Katherine A. Gillespie
       Reed N. Colfax, NM Bar # 98-31
       Katherine A. Gillespie
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendant*

By: /s/  Kim A. Griffith
       Kim A. Griffith
       Barbara G. Stephenson
P.O. Box 271
Albuquerque, NM  87103
(505) 247-0411